UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G&H PARTNERS AG,<br><br>    Plaintiffs,<br><br>v.<br><br>WEXTRUST CAPITAL, LLC; IDEX MINES AND MINERALS, LLC; and IDEX MINING MANAGERS, LLC,<br><br>    Defendants. | No. 07 CIV 9803 (DLC)<br><br>ECF Case |

## PLAINTIFF'S NOTICE OF MOTION TO REMAND

TO:   All Parties

PLEASE TAKE NOTICE that upon the accompanying memorandum, plaintiff G&H Partners, AG will move this Court before the Honorable Denise Cote at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York, for an Order remanding this case to the Supreme Court of the State of New York, County of New York.

Dated: November 19, 2007

Respectfully submitted,

G&H PARTNERS AG

By its attorneys,

/s/ Barry S. Pollack
Barry S. Pollack (BP 4039)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000 (phone)
(212) 660-3001 (fax)
bpollack@sandw.com