UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| G&H PARTNERS AG,<br><br>    Plaintiffs,<br><br>v.<br><br>WEXTRUST CAPITAL, LLC; IDEX MINES AND MINERALS, LLC; and IDEX MINING MANAGERS, LLC,<br><br>    Defendants. | No. 07 CIV 9803 (DLC)<br><br>ECF Case |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, plaintiff G&H Partners AG, by its undersigned counsel, states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: November 19, 2007

Respectfully submitted,

G&H PARTNERS AG

By its attorneys,

/s/ Barry S. Pollack
Barry S. Pollack (BP 4039)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000 (phone)
(212) 660-3001 (fax)
bpollack@sandw.com