USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-26-07

LgTom/G&H Partners v. Wextrust Notice of Motion to Extend Time to Answer 11-09-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
G & H PARTNERS AG,

                Plaintiffs,

  -against-

WEXTRUST CAPITAL, LLC; IDEX MINES AND
MINERALS, LLC; and IDEX MINING MANAGERS,
LLC,

                Defendants.
------------------------------------------------------------X

Civil Action 07 Civ 9803(DC)

**NOTICE OF MOTION TO
EXTEND TIME TO ANSWER**

Please take notice that the undersigned attorneys for all Defendants shall apply to the Hon. Denise Cote, at the United States District Court for the Southern District of New York, 500 Pearl Street, Court Room 11B, for an order extending Defendants' time to answer or move with respect to the Plaintiff's complaint to November 29, 2007, inclusive of said date.

Plaintiff's counsel has indicated that Plaintiff will not interpose an objection to this request.

The original date Defendants' answer would have been due is five days after the notice of removal was filed, or November 12, 2007. There have been no other requests for extensions of time. The extension does not affect any other scheduled dates.

Dated: New York, New York
       November 9, 2007

*[signature]*

The Abramson Law Group, PLLC
Thomas F. Cohen (TFC 9045)
Attorneys for Defendants
570 Lexington Avenue, 23rd Floor
New York, New York 10022
(212) 686-4401

*Granted-
[signature] Denise Cote
November 26, 2007*

TO: Sullivan & Worcester, LLP
      Attorneys for Plaintiff
      1290 Avenue of the Americas, 29th Floor
      New York, New York 10104
      (212) 666-3000

**MEMO ENDORSED**