

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

# MEMO ENDORSED

December 6, 2007



RECEIVED
DEC 0 7 2007
CHAMBERS OF
DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-07

**Via Federal Express**

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:   G&H Partners AG, Civil Action v. WexTrust Capital, LLC, et al., No. 07 CIV 9803 (DLC)

Dear Judge Cote:

This firm represents the Plaintiff in the above-referenced matter that is currently before Your Honor. We learned earlier this week that an initial scheduling conference has been scheduled for next Friday, December 14, 2007 (due to an apparent docketing error, notices of this conference were not sent until today). We are writing to request that the conference be adjourned indefinitely or, alternatively, until January 18, 2008. Defendants' counsel has consented to this request.

The primary reason for this request is that the parties anticipate that the case will be remanded to state court in light of Plaintiff's pending motion to remand and Defendants' consent to remand (we understand from Defendants' counsel that he has sent the Court a letter expressing Defendants' consent to a remand). A dispute may remain regarding Plaintiff's request for costs and fees relating to the removal, although we note that Defendants' opposition deadline was December 3, 2007, and Defendants filed no opposition.

In addition, having just learned of the conference date, Plaintiff's counsel is unavailable on December 14.

Thank you.

Respectfully submitted,

Barry S. Pollack

Direct line: 617 338 2910
bpollack@sandw.com

*Handwritten endorsement:* Conference is adjourned to January 18, 2008 at 12:30 pm.
/s/ Denise Cote
December 11, 2007

cc:   Thomas Cohen, Esq. (counsel for Defendants) (via email)

BOSTON   NEW YORK   WASHINGTON, DC