# THE ABRAMSON LAW GROUP
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

570 LEXINGTON AVENUE
23rd FLOOR
NEW YORK, NEW YORK 10022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

**THOMAS F. COHEN**
Special Counsel
Admitted in
New York

TELEPHONE: (212) 686-4401
FACSIMILE: (212) 686-6515
E-MAIL: tfcohen@dsalaw.net

December 4, 2007

Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

RECEIVED
DEC 0 6 2007
CHAMBERS OF
DENISE COTE

Re: <u>G&H Partners AG v. WexTrust Capital, LLC, et al</u>
Docket No.: 07 Civ 9803 (DC)

Dear Judge Cote:

    We represent the defendants in the above matter. We write to your Honor in connection with plaintiff's motion to remand the matter back to state court. In light of the fact that defendant Idex Mines and Minerals, LLC has a number of New York members, we do not intend to interpose opposition to the remand. We do oppose the assessment of attorneys fees and costs in connection with the remand, and ask that we be permitted to file opposition to same. We also request oral argument on that issue.

    We await your Honor's response to the foregoing.

Respectfully,

*[signature]*
Thomas F. Cohen

TFC/dt
cc: Sullivan & Worcester
    attn: Joshua J. Solomon, Esq.

Hon. Denise Cote ltr 12-04-07

*Under the SDNY Local Rules, the opposition was due December 3. Any opposition must be filed and served by December 17; reply is due December 28.*

*Denise Cote*
*December 12, 2007*