# EXHIBIT A

## Breakdown of Attorneys' Fees

<u>Barry S. Pollack – Partner</u>

| | |
|---|---|
| November 19, 2007 | 1.4 hours |
| **Subtotal (1.4 hours at $440/hour)** | **$616.00** |

<u>Joshua L. Solomon – Associate</u>

| | |
|---|---|
| November 6, 2007 | 0.9 hours |
| November 7, 2007 | 0.7 hours |
| November 8, 2007 | 0.6 hours |
| November 16, 2007 | 3.6 hours |
| November 17, 2007 | 2.1 hours |
| November 18, 2007 | 2.7 hours |
| November 19, 2007 | 3.3 hours |
| December 4, 2007 | 0.3 hours |
| December 5, 2007 | 0.1 hours |
| December 6, 2007 | 1.7 hours |
| **Subtotal (16 hours at $300/hour)** | **$4,800.00** |
| **TOTAL LEGAL FEES** | **$5,416.00** |