```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
G&H PARTNERS AG,                         :
                           Plaintiff,    :
                                         :
              -v-                        :   07 Civ. 9803 (DLC)
                                         :
WEXTRUST CAPITAL, LLC; IDEX MINES AND    :        ORDER
MINERALS, LLC; and IDEX MINING           :
MANAGERS, LLC,                           :
                           Defendants.   :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

DENISE COTE, District Judge:

  Plaintiff moved on November 19, 2007 to remand this action to the Supreme Court of the State of New York, County of New York. By letter dated December 4, defendants informed the Court that they interposed no opposition to remand. Accordingly, it is hereby

  ORDERED that the action is remanded to the Supreme Court of the State of New York, County of New York.

  SO ORDERED:

Dated:  New York, New York
     December 20, 2007

                 /s/ Denise Cote
                 DENISE COTE
             United States District Judge