```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 1/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
G&H PARTNERS AG,                        :
                          Plaintiff,    :
                                        :
          -v-                           :          07 Civ. 9803  (DLC)
                                        :
WEXTRUST CAPITAL, LLC; IDEX MINES AND   :                ORDER
MINERALS, LLC; and IDEX MINING          :
MANAGERS, LLC,                          :
                          Defendants.   :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     By Opinion and Order dated January 4, 2008, plaintiff G&H

Partners AG was awarded attorney's fees and costs incurred in

prosecuting a motion to remand this action to the Supreme Court

of the State of New York, County of New York.  Defendants were

given ten days to submit any opposition to plaintiff's request

for $5,416 in attorney's fees and $437 in costs.  Having

received no opposition from defendants, it is hereby

     ORDERED that plaintiff be awarded $5,416 in attorney's fees

and $437 in costs.

     SO ORDERED:

Dated:    New York, New York
          January 22, 2008

                              _____
                                       DENISE COTE
                              United States District Judge